UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2011
FEBRUARY 5, 2013 SESSION

FILED
FEB -5 2013
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:13-cr-00032

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

TERRY TOMBLIN

I N D I C T M E N T

The Grand Jury Charges:

1. On or about December 31, 2012, at or near Mt. Gay, Logan County, West Virginia, within the Southern District of West Virginia, defendant TERRY TOMBLIN possessed a Glock, Model 20, 10mm semi-automatic pistol, in and affecting commerce.

2. At the time defendant TERRY TOMBLIN possessed the aforesaid firearm, he had been convicted of a crime punishable by imprisonment by a term exceeding one year, as defined in 18 U.S.C. § 921(a)(20), that is, convicted on or about March 25, 2011, in the United States District Court for the Southern District of West Virginia, of possession of hydrocodone by misrepresentation, fraud, forgery, deception, and subterfuge, in violation of 21 U.S.C. § 843(a)(3).

In violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(2).

                      R. BOOTH GOODWIN II
                      United States Attorney

By: _____
       Steven I. Loew
       Assistant United States Attorney