```
            IN THE UNITED STATES DISTRICT COURT FOR THE
                SOUTHERN DISTRICT OF WEST VIRGINIA
                            CHARLESTON
```

UNITED STATES OF AMERICA

v.                              CRIMINAL NO. 2:13-00032

TERRY TOMBLIN

                    MOTION OF THE UNITED STATES TO
                      SCHEDULE GUILTY PLEA HEARING

    Comes now the United States of America, by Steven Loew, Assistant United States Attorney for the Southern District of West Virginia, and respectfully requests the Court to set a date, time, and location for a guilty plea hearing to be held with regard to the above-styled case.

                                          Respectfully submitted,

                                          R. BOOTH GOODWIN II
                                          United States Attorney

                                          s/STEVEN I. LOEW
                                          Steven I. Loew
                                          Assistant United States Attorney
                                          WV State Bar No. 7412
                                          300 Virginia Street, E., Room 4000
                                          Charleston, WV 25301
                                          Telephone: 304-345-2200
                                          Fax: 304-347-5104
                                          E-mail: steven.loew2@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "Motion of the United States to Schedule Guilty Plea Hearing" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing on February 8, 2013 to:

        Deirdre Purdy
        407 Jarvis Road
        Chloe, WV  25235


                                        s/STEVEN I. LOEW
                                        Steven I. Loew
                                        Assistant United States Attorney
                                        WV State Bar No. 7412
                                        300 Virginia Street, E., Room 4000
                                        Charleston, WV 25301
                                        Telephone:  304-345-2200
                                        Fax:  304-347-5104
                                        E-mail: steven.loew2@usdoj.gov