IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.                      CRIMINAL NO. 2:13-00032

TERRY TOMBLIN

<u>MOTION FOR DETENTION HEARING</u>

The United States moves this Court to hold a detention hearing pursuant to 18 U.S.C. § 3142(f) to determine whether any condition or combination of conditions will reasonably assure the appearance of defendant as required and the safety of other persons and of the community.

1. <u>Eligibility of Case</u>.  This case involves a:

    <u> X </u>  crime of violence [18 U.S.C. § 3142(f)(1)(a)]

    ____  maximum sentence life imprisonment or death [18 U.S.C. § 3142(f)(1)(B)]

    ____  10+ year controlled substance offense [18 U.S.C. § 3142(f)(1)(C)]

    ____  felony, with two prior convictions in above categories [18 U.S.C. § 3142(f)(1)(D)]

    <u> X </u>  minor victim, or the possession or use of a firearm or destructive device, or other dangerous weapon, or a failure to register under 18 U.S.C. § 2250 [18 U.S.C. § 3142(f)(1)(E)]

    ____  serious risk defendant will flee [18 U.S.C. § 3142(f)(2)(A)]

    ____  serious risk of obstruction of justice [18 U.S.C. § 3142(f)(2)(B)]

2.  **Reason for Detention**.  The court should detain defendant because no conditions of release will reasonably assure (check one or both):

    \_\_\_\_ Defendant's appearance as required

    _X_ Safety of any other person and the community

3.  **Rebuttable Presumption**.  The United States will not invoke the rebuttable presumption against defendant pursuant to 18 U.S.C. § 3142(e).  (If yes)  The presumption applies because:

    \_\_\_\_ Probable cause to believe defendant committed 10+ year controlled substance offense, or offense under 18 U.S.C. § 924(c), 956(a), or 2332b.

    \_\_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond.  Eligible offenses are the first five categories listed under Paragraph 1 of this motion.

    \_\_\_\_ Probable cause to believe defendant committed an offense involving a minor as a victim under 18 U.S.C. § (1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(3), 2252A(1)-(4), 2260, 2421-23, or 2425).

4.  **Time for Detention Hearing**.  The United States requests the court conduct the detention hearing,

    _X_ At first appearance

    \_\_\_\_ After continuance of \_\_\_\_ days (not more than 3).

5.  **Temporary Detention**.  The United States moves the court to detain the defendant during any continuance and pending completion of the detention hearing.

6. <u>Other Matters</u>.

_____

_____

DATED this 8th day of February, 2013.

                                      R. BOOTH GOODWIN II
                                      United States Attorney

                                      <u>s/STEVEN I. LOEW</u>
                                      Steven I. Loew
                                      Assistant United States Attorney
                                      WV State Bar No. 7412
                                      300 Virginia Street, E., Room 4000
                                      Charleston, WV 25301
                                      Telephone: 304-345-2200
                                      Fax: 304-347-5104
                                      E-mail: [steven.loew2@usdoj.gov](mailto:steven.loew2@usdoj.gov)