# BIG EAGLE GUN & PAWN III
### "WE BUY GOLD"

PO Box 67, Chapmanville, WV 25508 (304) 752-2477
335 Riverview Ave., Ellis Addition, Logan, WV 25601

Monday thru Friday 9:45 - 6:00
Saturday 9:45 - 5:00
Closed Sunday and Holidays

Integrity
Loan * Buy * Sell
A Professional Broker

## ORIGINAL 30 DAY LOAN CONTRACT (YOU MUST HAVE FOR MERCHANDISE PICKUP)

I, JERRY RAY TOMBLIN residing at ~~[redacted]~~ Identification WV E454543

Account No: 000013486

hereby deposit with you the following described property:

#-66506510,WINCHESTER,70,RIFLE,270WSM,BOLT,

### DISCLOSURE STATEMENT

| | |
|---|---|
| Loan Amount | 200.00 |
| Monthly storage and handling charges | 50.00 |
| TOTAL MONTHLY RENEWAL COST | 52.00 |
| PRINCIPAL, CHARGES & EXPENSES | 252.00 |

8-15-11

as security for the payment of a loan for the sum of 200.00 plus charges, payable on 00/00/00.
I warrant that I am the legal owner of said property and have the right to pledge same, and that there is no lein or mortgage against same and I will defend my title and be responsible for the defense of same. I authorize BIG EAGLE GUN & PAWN 3 to deliver merchandise named on this ticket to bearer of ticket. Present this ticket when redeeming loan, we assume no liability if lost.
The amount of the pawn transaction, 200.00, is the exact value of the pawned property.
Upon the Pledgor's failure to redeem within the specified time, the pledge shall be forfeited to the Pawnbroker and all right, title, and interest to redeem thereafter divested.
All business strictly private. No pledges shown until redeemed. Watch your ticket date. We do NOT send notices.
The Pawnbroker is not responsible for loss due to fire, flood, theft or any other acts of God.
There is a 7 day grace period, during which time the Pawnbroker will hold the loan open.
No items sent C.O.D. NO CHECKS! Lost ticket fee $2.00.
The undersigned acknowledges receipt of the disclosures contained herein, and that this form was completed and all the blanks were filled in prior to the undersigned executing same.

30 DAY LOAN
Acc.#: 000013486
08/15/11

Signed_____