Consult Request: Consult                           |Consult No.: 785514

Consultation Results #7207980 continued.

the foot, which is also constant. Around the time his symptoms began he has a
fall from 6 feet and was told he had several herniated disks. Symptoms have
worsened in the past 6 months.

PAST MEDICAL HISTORY: Computerized Problem List is the source for the following:

1. Depression * (ICD-9-CM 311./300.4)
2. Degeneration of intervertebral disc (ICD-9-CM 722.6)
3. Insomnia * (ICD-9-CM 780.52)
4. Circumcision by Surgical Excision (except newborn)
5. Phimosis * (ICD-9-CM 605.)
6. VASECTOMY Status (ICD-9-CM V26.52)
7. Chondromalacia
8. Explosive Personality D/O
9. Traumatic arthropathy
10. LUMBAGO

MEDICATIONS: Active Outpatient Medications (including Supplies):

| Active Outpatient Medications | Status |
|---|---|
| 1) AMITRIPTYLINE 50MG TAB TAKE ONE TABLET BY MOUTH AT BEDTIME FOR SLEEP/PAIN | ACTIVE (S) |
| 2) BUPROPION HCL 75MG TAB TAKE TWO TABLETS BY MOUTH EVERY MORNING FOR MOOD OR SMOKING CESSATION | ACTIVE (S) |
| 3) HYDROCODONE 5/ACETAMINOPHEN 500MG TAB TAKE 1 TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED FOR PAIN | ACTIVE (S) |
| 4) OMEPRAZOLE 20MG CAP,EC TAKE ONE CAPSULE BY MOUTH EVERY DAY (REPLACES RABEPRAZOLE) | ACTIVE (S) |
| 5) TRAZODONE 100MG TAB TAKE ONE TABLET BY MOUTH AT BEDTIME FOR SLEEP OR MOOD | ACTIVE (S) |

ALLERGIES: DEPAKOTE, MORPHINE

PHYSICAL EXAMINATION: Temperature of the left calf = 32.7 degrees celsius.
Strength is 5/5 bilaterally at the hip flexors, knee extensors, right ankle
dorsiflexors, long toe extensors, and plantar flexors. Strength is 3/5 for left
long toe extensors, 1/5 for ankle dorsiflexors, and 1/5 for plantar flexors.
DTRs are 2+ bilaterally at the patellar and achilles tendons. Sensation to
light touch is intact in the bilateral lower extremities. Straight leg raise is
negative bilaterally.

NERVE CONDUCTION STUDIES:

(Measuring latency, amplitude, and conduction velocity)

L Sural sensory calf          3.5 msec       11 microV