U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Firearms Transaction Record Part I - Over-the-Counter

**WARNING:** You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. §§ 921 *et. seq.*, are punishable by up to 10 years imprisonment and/or up to a $250,000 fine.

Transferor's Transaction Serial Number *(If any)*

*20985*

**Prepare in original only. All entries must be handwritten in ink. Read the Notices, Instructions, and Definitions on this form. "PLEASE PRINT."**

## Section A - Must Be Completed Personally By Transferee (Buyer)

**1. Transferee's Full Name**

| Last Name | First Name | Middle Name *(If no middle name, state "NMN")* |
|---|---|---|
| Tomblin | Betty | Luana |

**2. Current Residence Address (U.S. Postal abbreviations are acceptable. Cannot be a post office box.)**

| Number and Street Address | City | County | State | ZIP Code |
|---|---|---|---|---|
| CO RT 5 Mud Fork Rd Lower Bansh Bottom | P.o. B. 633. Mt Gay 25637 | Logan | WV | 25637 |

| 3. Place of Birth | | | 4. Height | 5. Weight *(Lbs.)* | 6. Gender | 7. Birth Date | | |
|---|---|---|---|---|---|---|---|---|
| U.S. City and State | -OR- | Foreign Country | Ft. 5 | 13 | Male | Month | Day | Year |
| Logan IN | | | In. 2 | | Female | | | |

**8. Social Security Number** *(Optional, but will help prevent misidentification)*

**9. Unique Personal Identification Number (UPIN) if applicable** *(See Instructions for Question 9.)*

| 10.a. Ethnicity | 10.b. Race *(Check one or more boxes.)* | | | |
|---|---|---|---|---|
| ☐ Hispanic or Latino | ☐ American Indian or Alaska Native | ☐ Black or African American | ☑ White | |
| ☐ Not Hispanic or Latino | ☐ Asian | ☐ Native Hawaiian or Other Pacific Islander | | |

11. Answer questions 11.a. *(see exceptions)* through 11.l. and 12 *(if applicable)* by checking or marking "yes" or "no" in the boxes to the right of the questions.

| | | Yes | No |
|---|---|---|---|
| a. | Are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning:** You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you. *(See Instructions for Question 11.a.) Exception: If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b.* | ☑ | ☐ |
| b. | Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(See Instructions for Question 11.b.)* | ☐ | ☑ |
| c. | Have you ever been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Instructions for Question 11.c.)* | ☐ | ☑ |
| d. | Are you a fugitive from justice? | ☐ | ☑ |
| e. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? | ☐ | ☑ |
| f. | Have you ever been adjudicated mentally defective *(which includes a determination by a court, board, commission, or other lawful authority that you are a danger to yourself or to others or are incompetent to manage your own affairs)* OR have you ever been committed to a mental institution? *(See Instructions for Question 11.f.)* | ☐ | ☑ |
| g. | Have you been discharged from the Armed Forces under **dishonorable** conditions? | ☐ | ☑ |
| h. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Instructions for Question 11.h.)* | ☐ | ☑ |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence? *(See Instructions for Question 11.i.)* | ☐ | ☑ |
| j. | Have you ever renounced your United States citizenship? | ☐ | ☑ |
| k. | Are you an alien illegally in the United States? | ☐ | ☑ |
| l. | Are you an alien admitted to the United States under a nonimmigrant visa? *(See Instructions for Question 11.l.) If you answered "no" to this question, do NOT respond to question 12 and proceed to question 13.* | ☐ | ☑ |
| 12. | If you are an alien admitted to the United States under a nonimmigrant visa, do you fall within any of the exceptions set forth in the instructions? *(If "yes," the licensee must complete question 20c.) (See Instructions for Question 12.) If question 11.l. is answered with a "no" response, then do NOT respond to question 12 and proceed to question 13.* | ☐ | ☑ |

| 13. What is your State of residence *(if any)? (See Instructions for Question 13.)* | 14. What is your country of citizenship? *(List/check more than one, if applicable. If you are a citizen of the United States, proceed to question 16.)* | 15. If you are not a citizen of the United States, what is your U.S.-issued alien number or admission number? |
|---|---|---|
| WVA | ☑ United States of America  ☐ Other *(Specify)* | |

Note: Previous Editions Are Obsolete

**Transferee (Buyer) Continue to Next Page**

ATF Form 4473 (5300.9) Part I
Revised April 201

EXHIBIT A

I certify that my answers to Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Def___ on ATF Form 4473. I understand that answering "yes" to question 11.a. if I am not the actual buyer is a crime punishable as a felo__ Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. __ 11.k. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 11.l. is prohibi__ purchasing or receiving a firearm, unless the person also answers "Yes" to question 12. I also understand that making any false oral __ written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a __ under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the __ of resale for livelihood and profit without a Federal firearms license is a violation of law *(See Instructions for Question 16).*

| 16. Transferee's/Buyer's Signature | 17. Certification Date |
|---|---|
| *P. Detty* | 9/1/1? |

### Section B - Must Be Completed By Transferor (Seller)

| 18. Type of firearm(s) to be transferred *(check or mark all that apply)*: | 19. If sale at a gun show or other qualifying event. |
|---|---|
| ☐ Handgun   ☐ Long Gun   ☐ Other Firearm *(Frame, Receiver, etc. See Instructions for Question 18.)* *(rifles or shotguns)*   *SGLC* | Name of Event _____  City, State _____ |

**20a.** Identification *(e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification). (See Instructions for Question 20.a.)*

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification *(if an__* |  |  |
|---|---|---|---|---|
| *WDL* | ▮▮▮▮▮▮▮▮▮ | Month  2 | Day  2U | Year  13 |

**20b.** Alternate Documentation *(if driver's license or other identification document does not show current residence address) (See Instructions __ Question 20.b.)*

**20c.** Aliens Admitted to the United States Under a Nonimmigrant Visa Must Provide: Type of documentation showing an exception to the __ grant visa prohibition. *(See Instructions for Question 20.c.)*

---

**Questions 21, 22, or 23 Must Be Completed Prior To The Transfer Of The Firearm(s)** *(See Instructions for Questions 21, 22 and __*

| 21a. Date the transferee's identifying information in Section A was transmitted to NICS or the appropriate State agency: *(Month/Day/Year)* | 21b. The NICS or State transaction number *(if provided)* was: |
|---|---|
| Month  9 | Day  1 | Year  12 | *234G-KL6* |

| 21c. The response initially provided by NICS or the appropriate State agency was: | 21d. If initial NICS or State response was *"Delayed,"* the follo___ response was received from NICS or the appropriate State__ |
|---|---|
| ☑ Proceed   ☐ Delayed  ☐ Denied   *[The firearm(s) may be transferred on*  ☐ Cancelled   _____ *(Missing Disposition Information date provided by NICS) if State law permits (optional)]* | ☐ Proceed _____ *(date)*  ☐ Denied _____ *(date)*  ☐ Cancelled _____ *(date)*  ☐ No resolution was provided within 3 business days. |

**21e.** *(Complete if applicable.)* After the firearm was transferred, the following response was received from NICS or the appropriate State agen__  _____ *(date).*   ☐ Proceed   ☐ Denied   ☐ Cancelled

**21f.** The name and Brady identification number of the NICS examiner *(Optional)*

_____ *(name)*      _____ *(number)*

| 22. | ☐ | No NICS check was required because the transfer involved only National Firearms Act firearm(s). *(See Instructions for Question 22__* |
|---|---|---|

**23.** ☐ No NICS check was required because the buyer has a valid permit from the State where the transfer is to take place, which qualifies __ exemption to NICS *(See Instructions for Question 23.)*

| Issuing State and Permit Type | Date of Issuance *(if any)* | Expiration Date *(if any)* | Permit Number *(if any)* |
|---|---|---|---|
|  |  |  |  |

### Section C - Must Be Completed Personally By Transferee (Buyer)

If the transfer of the firearm(s) takes place on a different day from the date that the transferee *(buyer)* signed Section A, the transferee must co___ Section C immediately prior to the transfer of the firearms. *(See Instructions for Question 24 and 25.)*

I certify that my answers to the questions in Section A of this form are still true, correct and complete.

| 24. Transferee's/Buyer's Signature | 25. Recertification Date |
|---|---|
|  |  |

Transferor (Seller) Continue to Next Page
**STAPLE IF PAGES BECOME SEPARATED**

**EXHIBIT A**

P 100167I 02

| 26. Manufacturer and/or Importer *(If the manufacturer and importer are different, the FFL should include both.)* | 27. Model | 28. Serial Number | 29. Type *(pistol, revolver, rifle, shotgun, receiver, frame, etc.) (See instructions for question 29)* | 30. Caliber or Gauge |
|---|---|---|---|---|
| GLOCK | 6D | 5WE4LS | Pistol | 9mm |
| | | | | |
| | | | | |
| | | | | |

30a. Total Number of Firearms *(Please handwrite by printing e.g., one, two, three, etc. Do not use numerals.)*

one

30b. Is any part of this transaction a Pawn Redemption? ☐ Yes ☒ No

30c. For Use by FFL *(See Instructions for Question 30c.)*

---

**Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days**

| 31. Trade/corporate name and address of transferor *(Seller)* *(Hand stamp may be used.)* | 32. Federal Firearms License Number *(Must contain at least f three and last five digits of FFL Number X-XX-XXXXX.)* *(Hand stamp may be used.)* |
|---|---|
| Big Eagle Gun & Pawn<br>335 Riverview Ave<br>Logan, WV 25601 | 4-55-045-02-3E-00786 |

**The Person Transferring The Firearm(s) Must Complete Questions 33-36. For Denied/Cancelled Transactions, The Person Who Completed Section B Must Complete Section B Must Complete Questions 33-35.**

I certify that my answers in Sections B and D are true, correct, and complete. I have read and understand the Notices, Instructions, and Definit on ATF Form 4473. On the basis of: (1) the statements in Section A (and Section C if the transfer does not occur on the day Section A was com pleted); (2) my verification of the identification noted in question 20a (and my reverification at the time of transfer *if the transfer does not occur day Section A was completed)*; and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawfu me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

| 33. Transferor's/Seller's Name *(Please print)* | 34. Transferor's/Seller's Signature | 35. Transferor's/Seller's Title | 36. Date Tran |
|---|---|---|---|

**NOTICES, INSTRUCTIONS AND DEFINITIONS**

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. § 923 may determine if he or she may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the buyer of certain restrictions on the receipt and possession of firearms. This form should only be used for sales or transfers where the seller is licensed under 18 U.S.C. § 923. The seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the seller must be familiar with the provisions of 18 U.S.C. §§ 921-931 and the regulations in 27 CFR Part 478. In determining the lawfulness of the sale or delivery of a long gun *(rifle or shotgun)* to a resident of another State, the seller is presumed to know the applicable State laws and published ordinances in both the seller's State and the buyer's State.

After the seller has completed the firearms transaction, he or she must make the completed, original ATF Form 4473 *(which includes the Notices, General Instructions, and Definitions)*, and any supporting documents, part of his or her permanent records. Such Forms 4473 must be retained for at least 20 years. Filing may be chronological *(by date)*, alphabetical *(by name)*, or numerical *(by transaction serial number)*, as long as all of the seller's completed Forms 4473 are filed in the same manner. FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the licensee must ... a NICS check is initiated, the licensee must ... Forms

If you or the buyer discover that an ATF Form 4473 is incomplete or impr completed after the firearm has been transferred, and you or the buyer wi make a record of your discovery, then photocopy the inaccurate form an any necessary additions or revisions to the photocopy. You only should changes to Sections B and D. The buyer should only make changes to S and C. Whoever made the changes should initial and date the changes. corrected photocopy should be attached to the original Form 4473 and r part of your permanent records.

**Over-the-Counter Transaction:** The sale or other disposition of a fire seller to a buyer, at the seller's licensed premises. This includes the sal disposition of a rifle or shotgun to a nonresident buyer on such premise

**State Laws and Published Ordinances:** The publication (ATF P 530 State firearms laws and local ordinances ATF distributes to licensees.

**Exportation of Firearms:** The State or Commerce Departments may to obtain a license prior to export.

**Section A**

**Question 1. Transferee's Full Name:** The buyer must personally c Section A of this form and certify *(sign)* that the answers are true, co complete. However, if the buyer is unable to read and/or write, the *(other than the signature)* may be completed by another person, exc seller. Two persons *(other than the seller)* must then sign as witnes buyer's answers and signature.

**EXHIBIT A**

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Firearms Transaction Record Part I -
Over-the-Counter**

**WARNING:** You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. §§ 921 et seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine.

**Prepare in original only.** All entries must be handwritten in ink. Read the Notices, Instructions, and Definitions on this form. **"PLEASE PRINT."**

Transferor's Transaction Serial Number (If any)

**21054**

### Section A - Must Be Completed Personally By Transferee (Buyer)

**1. Transferee's Full Name**

| Last Name | First Name | Middle Name (If no middle name. state "NMN") |
|---|---|---|
| Tomblin | Betty | Louann |

**2. Current Residence Address** (U.S. Postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | County | State | ZIP Code |
|---|---|---|---|---|
| Co AL 5 mud Fork Rd Lower Baisden bottom Ashlee Lane House 17 | P.O.B 633 Mt. Gay | Logan | WVA | 25637 |

| 3. Place of Birth | | 4. Height | 5. Weight (Lbs.) | 6. Gender | 7. Birth Date | | |
|---|---|---|---|---|---|---|---|
| U.S. City and State -OR- | Foreign Country | Ft. 5 | 135 | ☐ Male | Month | Day | Year |
| Logan WVA | | In. 7 | | ☑ Female | | | |

**8. Social Security Number** *(Optional, but will help prevent misidentification)*

**9. Unique Personal Identification Number (UPIN)** if applicable *(See Instructions for Question 9.)*

**10.a. Ethnicity**
☐ Hispanic or Latino
☑ Not Hispanic or Latino

**10.b. Race** *(Check one or more boxes.)*
☐ American Indian or Alaska Native
☐ Asian
☐ Black or African American
☐ Native Hawaiian or Other Pacific Islander
☑ White

**11.** Answer questions 11.a. (see exceptions) through 11.l. and 12 (if applicable) by checking or marking "yes" or "no" in the boxes to the right of the questions.

| | | Yes | No |
|---|---|---|---|
| a. | Are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person.** If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you. *(See Instructions for Question 11.a.) Exception: If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b.* | ☑ | ☐ |
| b. | Are you under indictment or information in any court for a **felony**, or any other crime, for which the judge could imprison you for more than one year? *(See Instructions for Question 11.b.)* | ☐ | ☑ |
| c. | Have you ever been convicted in any court of a **felony**, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Instructions for Question 11.c.)* | ☐ | ☑ |
| d. | Are you a **fugitive** from justice? | ☐ | ☑ |
| e. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? | ☐ | ☑ |
| f. | Have you ever been adjudicated **mentally defective** *(which includes a determination by a court, board, commission, or other lawful authority that you are a danger to yourself or to others or are incompetent to manage your own affairs)* OR have you ever been committed to a mental institution? *(See Instructions for Question 11.f.)* | ☐ | ☑ |
| g. | Have you been discharged from the Armed Forces under **dishonorable** conditions? | ☐ | ☑ |
| h. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Instructions for Question 11.h.)* | ☐ | ☑ |
| i. | Have you ever been convicted in any court of a **misdemeanor crime of domestic violence**? *(See Instructions for Question 11.i.)* | ☐ | ☑ |
| j. | Have you ever renounced your United States citizenship? | ☐ | ☑ |
| k. | Are you an alien **illegally** in the United States? | ☐ | ☑ |
| l. | Are you an alien admitted to the United States under a nonimmigrant visa? *(See Instructions for Question 11.l.) If you answered "no" to this question, do NOT respond to question 12 and proceed to question 13.* | ☐ | ☑ |
| 12. | If you are an alien admitted to the United States under a nonimmigrant visa, do you fall within any of the exceptions set forth in the instructions? (If "yes," the licensee must complete question 20.c.) *(See Instructions for Question 12.) If question 11.l. is answered with a "no" response, then do NOT respond to question 12 and proceed to question 13.* | ☐ | ☑ |

| 13. What is your State of residence (if any)? *(See Instructions for Question 13.)* | 14. What is your country of citizenship? *(List/check more than one, if applicable. If you are a citizen of the United States, proceed to question 16.)* | 15. If you are not a citizen of the United States, what is your U.S.-issued alien number or admission number? |
|---|---|---|
| WVA | ☑ United States of America ☐ Other (Specify) | |

I certify that my answers to Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and [...] on ATF Form 4473. I understand that answering "yes" to question 11.a. if I am not the actual buyer is a crime punishable as a [...] Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.[...] 11.k. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 11.l. is pr[...] purchasing or receiving a firearm, unless the person also answers "Yes" to question 12. I also understand that making any false or [...] written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a [...] under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the [...] of resale for livelihood and profit without a Federal firearms license is a violation of law *(See Instructions for Question 16)*.

| 16. Transferee's/Buyer's Signature | 17. Certification Date |
|---|---|
| *Betty Jordan* | 09-20- |

## Section B - Must Be Completed By Transferor (Seller)

| 18. Type of firearm(s) to be transferred *(check or mark all that apply)*: | 19. If sale at a gun show or other qualifying event. |
|---|---|
| ☐ Handgun  ☑ Long Gun  ☐ Other Firearm *(Frame, Receiver, etc. See Instructions for Question 18.)* (rifles or shotguns) | Name of Event _____ |
| *Freedom* | City, State _____ |

**20a. Identification** *(e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification.) (See Instructions for Question 20a.)*

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification |
|---|---|---|
| | | Month | Day | Year |
| WVDL | ████████ | 02 | 20 | 2 |

20b. Alternate Documentation *(if driver's license or other identification document does not show current residence address) (See Instru[...] Question 20.b.)*

20c. Aliens Admitted to the United States Under a Nonimmigrant Visa Must Provide: Type of documentation showing an exception to [...] grant visa prohibition. *(See Instructions for Question 20.c.)*

## Questions 21, 22, or 23 Must Be Completed Prior To The Transfer Of The Firearm(s) *(See Instructions for Questions 21, 22 [...])*

| 21a. Date the transferee's identifying information in Section A was transmitted to NICS or the appropriate State agency: *(Month/Day/Year)* | 21b. The NICS or State transaction number *(if provided)* |
|---|---|
| Month 9  Day 20  Year 12 | 23HM-TSV |

| 21c. The response initially provided by NICS or the appropriate State agency was: | 21d. If initial NICS or State response was "Delayed," the [...] response was received from NICS or the appropriate [...] |
|---|---|
| ☑ Proceed  ☐ Delayed  *[The firearm(s) may be transferred on _____ (Missing Disposition Information date provided by NICS) if State law permits (optional)]*  ☐ Denied  ☐ Cancelled | ☐ Proceed _____ *(date)*  ☐ Denied _____ *(date)*  ☐ Cancelled _____ *(date)*  ☐ No resolution was provided within 3 business day[...] |

21e. *(Complete if applicable.)* After the firearm was transferred, the following response was received from NICS or the appropriate Sta[...] _____ *(date).*  ☐ Proceed  ☐ Denied  ☐ Cancelled

| 21f. The name and Brady identification number of the NICS examiner *(Optional)* |
|---|
| *Vicki* (name)    WI648237 (number) |

22.  ☐  No NICS check was required because the transfer involved only National Firearms Act firearm(s). *(See Instructions for Question [...])*

23.  ☐  No NICS check was required because the buyer has a valid permit from the State where the transfer is to take place, which q[...] exemption to NICS *(See Instructions for Question 23.)*

| Issuing State and Permit Type | Date of Issuance *(if any)* | Expiration Date *(if any)* | Permit Number *(if any)* |
|---|---|---|---|
| | | | |

## Section C - Must Be Completed Personally By Transferee (Buyer)

If the transfer of the firearm(s) takes place on a different day from the date that the transferee *(buyer)* signed Section A, the transferee [...] Section C immediately prior to the transfer of the firearm(s). *(See Instructions for Question 24 and 25.)*

I certify that my answers to the questions in Section A of this form are still true, correct, and complete.

| 24. Transferee's/Buyer's Signature | 25. Recertification [...] |
|---|---|
| | |

Transferor (Seller) Continue to Next Page
**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 [...]

**EXHIBIT B**

## Section D – Must Be Completed By Transferor (Seller)

| 26. Manufacturer and/or Importer (If the manufacturer and importer are different, the FFL should include both.) | 27. Model | 28. Serial Number | 29. Type (pistol, revolver, rifle, shotgun, receiver, frame, etc.) (See instructions for question 29) | 30. Caliber or Gauge |
|---|---|---|---|---|
| Glock | 20 | SWE 409 | pistol | 10 mm |
| Marlin | 983 | 9lt6 21619 | rifle | 22 ma. |
| | | | | |
| | | | | |

30a. Total Number of Firearms (Please handwrite by printing e.g., one, two, three, etc. Do not use numerals.)

TWO

30b. Is any part of this transaction a Pawn Redemption? ☒ Yes ☐

30c. For Use by FFL (See Instructions for Question 30c.)

20046 / 19572

**Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days**

31. Trade/corporate name and address of transferor (seller) (Hand stamp may be used.)

**Big Eagle Gun & Pawn III**
**335 Riverview Ave**
**Logan, WV 25601**

32. Federal Firearms License Number (Must contain at least first three and last five digits of FFL Number X-XX-XXXXX.) (Hand stamp may be used.)

**4-55-045-02-3E-00786**

**The Person Transferring The Firearm(s) Must Complete Questions 33-36. For Denied/Cancelled Transactions, The Person Who Completed Section B Must Complete Questions 33-35.**

I certify that my answers in Sections B and D are true, correct, and complete. I have read and understand the Notices, Instructions, and Definition on ATF Form 4473. On the basis of: (1) the statements in Section A (and Section C if the transfer does not occur on the day Section A was completed); (2) my verification of the identification noted in question 20a (and my reverification at the time of transfer if the transfer does not occur on the day Section A was completed); and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

| 33. Transferor's/Seller's Name (Please print) | 34. Transferor's/Seller's Signature | 35. Transferor's/Seller's Title | 36. Date Transfer |
|---|---|---|---|
| Kim Marcum | Marcum | | 9-20-16 |

### NOTICES, INSTRUCTIONS AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. § 923 may determine if he or she may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the buyer of certain restrictions on the receipt and possession of firearms. This form should only be used for sales or transfers where the seller is licensed under 18 U.S.C. § 923. The seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the seller must be familiar with the provisions of 18 U.S.C. §§ 921-931 and the regulations in 27 CFR Part 478, In determining the lawfulness of the sale or delivery of a long gun (rifle or shotgun) to a resident of another State, the seller is presumed to know the applicable State laws and published ordinances in both the seller's State and the buyer's State.

After the seller has completed the firearms transaction, he or she must make the completed, original ATF Form 4473 (which includes the Notices, General Instructions, and Definitions), and any supporting documents, part of his or her permanent records. Such Forms 4473 must be retained for at least 20 years. Filing may be chronological (by date), alphabetical (by name), or numerical (by transaction serial number), as long as all of the seller's completed Forms 4473 are filed in the same manner. FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not complete after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his or her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical (by name) or chronological (by date of transferee's certification) order.

If you or the buyer discover that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and you or the buyer wish to make a record of your discovery, then photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. You only should make changes to Sections B and D. The buyer should only make changes to Sections A and C. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained part of your permanent records.

**Over-the-Counter Transaction:** The sale or other disposition of a firearm by a seller to a buyer, at the seller's licensed premises. This includes the sale or other disposition of a rifle or shotgun to a nonresident buyer on such premises.

**State Laws and Published Ordinances:** The publication (ATF P 5300.5) of State firearms laws and local ordinances ATF distributes to licensees.

**Exportation of Firearms:** The State or Commerce Departments may require you to obtain a license prior to export.

### Section A

**Question 1. Transferee's Full Name:** The buyer must personally complete Section A of this form and certify (sign) that the answers are true, correct, and complete. However, if the buyer is unable to read and/or write, the answers (other than the signature) may be completed by another person, excluding the seller. Two persons (other than the seller) must then sign as witnesses to the buyer's answers and signature.

When the buyer of a firearm is a corporation, company, association, partnership or other such business entity, an officer authorized to act on behalf of the

Integrity
A Professional Broker
Licensed / Bonded & Self

# B & B LOANS of LOGAN Inc.

101-105 Stratton Street, Logan, WV 25601

(304) 752-1182

STORE HOURS
Monday thru Saturday 9:00 - 5:00
Closed Sunday & Holidays

=====================================

## ORIGINAL 30 DAY LOAN CONTRACT (YOU MUST HAVE FOR MERCHANDISE PICKUP)

I, TERRY TOMBLIN
Pt 5 MUD FORK RD MOUNT GAY, WV 25637 residing at
hereby deposit with you the following described property:

Liant:fication
02000000000

Account No: 000003395

#-SNE439 :BLOCK: .0.PISTOL.,CAM,AUTO.IN ORIG.BOX.

=====================================

## DISCLOSURE STATEMENT

| | |
|---|---|
| Amount financed | 300.00 |
| Monthly interest charge | 0.00 |
| TOTAL MONTHLY RENEWAL COST | 60.00 |
| ANNUAL PERCENTAGE RATE (APR) | 244.00% |
| PRINCIPAL, CHARGES & EXPENSES | 360.00 |

as security for the payment of a loan for the sum of **300.00** plus charges, **payable on 12/06/12**
I warrant that I am the legal owner of said property and have the right to pledge same, and that there is no lien or mortgage
against same and I will defend my title and be responsible for the defense of same. I authorize B & B LOANS of LOGAN, Inc to deliver
merchandise named in this ticket to bearer of ticket. Present this ticket when redeeming loan, we assume no liability if lost.
The amount of the pawn transaction **300.00, is the exact value of the pawned property.**
Upon the Pledgor's failure to redeem within the specified time, the pledge shall be forfeited to the Pawnbroker and all right,
title, and interest to redeem thereafter or diverted.
All business strictly private. No pledges shown until redeemed. Watch your ticket date. We do NOT send notices.
The Pawnbroker is not responsible for loss due to fire or theft.
There shall be NO GRACE PERIOD express or implied.
Keep your ticket. There is a $3.00 fee for lost pawn tickets. No items sent C.O.D., NO CHECKS.
The undersigned ACKNOWLEDGES RECEIPT of the DISCLOSURES contained herein, and that this form was completed and all the blanks
were filled in prior to the undersigned executing same.

Signed  _Terry Tomblin_

30 DAY LOAN
Acc.#: 000033965
11/06/12

EXHIBIT C

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Firearms Transaction Record Part I - Over-the-Counter

**Transferor's Transaction Serial Number** (If any)

33965

**WARNING:** You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. §§ 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine.

Prepare in original only. All entries must be handwritten in ink. Read the Notices, Instructions, and Definitions on this form. "PLEASE PRINT."

## Section A - Must Be Completed Personally By Transferee (Buyer)

**1. Transferee's Full Name**

| Last Name | First Name | Middle Name (If no middle name, state "NMN") |
|---|---|---|
| Arthur | Rhonda | Kay |

**2. Current Residence Address** (U.S. Postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | County | State | ZIP Code |
|---|---|---|---|---|
| Lawson Lane Box 244 Lyburn | Lyburn | Logan | WVA | 25632 |

**3. Place of Birth**

U.S. City and State -OR- Foreign Country: man WV

| 4. Height | 5. Weight (Lbs.) | 6. Gender | 7. Birth Date | | |
|---|---|---|---|---|---|
| Ft. 4 In. 11 | 154 | ☐ Male ☑ Female | Month | Day | Year |

**8. Social Security Number** (Optional, but will help prevent misidentification)

**9. Unique Personal Identification Number** (UPIN) if applicable (See Instructions for Question 9.)

**10.a. Ethnicity**
☐ Hispanic or Latino
☑ Not Hispanic or Latino

**10.b. Race** (Check one or more boxes.)
☐ American Indian or Alaska Native
☐ Asian
☐ Black or African American
☐ Native Hawaiian or Other Pacific Islander
☑ White

**11.** Answer questions 11.a. (see exceptions) through 11.l. and 12 (if applicable) by checking or marking "yes" or "no" in the boxes to the right of the questions.

| | | Yes | No |
|---|---|---|---|
| a. | Are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are** acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you. (See Instructions for Question 11.a.) Exception: If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b. | ☑ | ☐ |
| b. | Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? (See Instructions for Question 11.b.) | ☐ | ☑ |
| c. | Have you ever been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? (See Instructions for Question 11.c.) | ☐ | ☑ |
| d. | Are you a fugitive from justice? | ☐ | ☑ |
| e. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? | ☐ | ☑ |
| f. | Have you ever been adjudicated mentally defective (which includes a determination by a court, board, commission, or other lawful authority that you are a danger to yourself or to others or are incompetent to manage your own affairs) OR have you ever been committed to a mental institution? (See Instructions for Question 11.f.) | ☐ | ☑ |
| g. | Have you been discharged from the Armed Forces under dishonorable conditions? | ☐ | ☑ |
| h. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? (See Instructions for Question 11.h.) | ☐ | ☑ |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence? (See Instructions for Question 11.i.) | ☐ | ☑ |
| j. | Have you ever renounced your United States citizenship? | ☐ | ☑ |
| k. | Are you an alien illegally in the United States? | ☐ | ☑ |
| l. | Are you an alien admitted to the United States under a nonimmigrant visa? (See Instructions for Question 11.l.) If you answered "no" to this question, do NOT respond to question 12 and proceed to question 13. | ☐ | ☑ |
| 12. | If you are an alien admitted to the United States under a nonimmigrant visa, do you fall within any of the exceptions set forth in the instructions? (If "yes," the licensee must complete question 20c.) (See Instructions for Question 12.) If question 11.l. is answered with a "no" response, then do NOT respond to question 12 and proceed to question 13. | ☐ | ☐ |

| 13. What is your State of residence (If any)? (See Instructions for Question 13.) | 14. What is your country of citizenship? (List/check more than one, if applicable. If you are a citizen of the United States, proceed to question 16.) | 15. If you are not a citizen of the United States, what is your U.S.-issued alien number or admission number? |
|---|---|---|
| WV | ☑ United States of America ☐ Other (Specify) | |

Note: Previous Editions Are Obsolete

Page 1 of 6

**Transferee (Buyer) Continue to Next Page**
**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9) Part I
Revised April 2012

**EXHIBIT D**

Federal law, and may also violate State and/or ~~~~~~~ law. I understand that a person who answers "~~~~" to any of the questions 11.b. through 11.k. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 11.l. is prohibited from purchasing or receiving a firearm, unless the person also answers "Yes" to question 12. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law *(See Instructions for Question 16).*

| 16. Transferee's/Buyer's Signature | 17. Certification Date |
|---|---|
| Rhonda Authur | 12-31-12 |

## Section B - Must Be Completed By Transferor (Seller)

**18.** Type of firearm(s) to be transferred *(check or mark all that apply)*:

[✓] Handgun    [ ] Long Gun *(rifles or shotguns)*    [ ] Other Firearm *(Frame, Receiver, etc. See Instructions for Question 18.)*

**19.** If sale at a gun show or other qualifying event.

Name of Event _____

City, State _____

**20a.** Identification *(e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification.)* *(See Instructions for Question 20.a.)*

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification *(if any)* | | |
|---|---|---|---|---|
| | | Month | Day | Year |
| WVDL | ████████ | 01 | 27 | 2016 |

**20b.** Alternate Documentation *(if driver's license or other identification document does not show current residence address) (See Instructions for Question 20.b.)*

**20c.** Aliens Admitted to the United States Under a Nonimmigrant Visa Must Provide: Type of documentation showing an exception to the nonimmigrant visa prohibition. *(See Instructions for Question 20.c.)*

## Questions 21, 22, or 23 Must Be Completed Prior To The Transfer Of The Firearm(s) *(See Instructions for Questions 21, 22 and 23.)*

**21a.** Date the transferee's identifying information in Section A was transmitted to NICS or the appropriate State agency: *(Month/Day/Year)*

| Month | Day | Year |
|---|---|---|
| 12 | 31 | 2012 |

**21b.** The NICS or State transaction number *(if provided)* was:

26C9CP6

**21c.** The response initially provided by NICS or the appropriate State agency was:

[✓] Proceed
[ ] Denied
[ ] Cancelled

[ ] Delayed
*[The firearm(s) may be transferred on _____ (Missing Disposition Information date provided by NICS) if State law permits (optional)]*

**21d.** If initial NICS or State response was *"Delayed,"* the following response was received from NICS or the appropriate State agency:

[ ] Proceed _____ *(date)*
[ ] Denied _____ *(date)*
[ ] Cancelled _____ *(date)*
[ ] No resolution was provided within 3 business days.

**21e.** *(Complete if applicable.)* After the firearm was transferred, the following response was received from NICS or the appropriate State agency on: _____ *(date).* [ ] Proceed   [ ] Denied   [ ] Cancelled

**21f.** The name and Brady identification number of the NICS examiner *(Optional)*

_____ *(name)*     _____ *(number)*

**22.** [ ] No NICS check was required because the transfer involved only National Firearms Act firearm(s). *(See Instructions for Question 22.)*

**23.** [ ] No NICS check was required because the buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS *(See Instructions for Question 23.)*

| Issuing State and Permit Type | Date of Issuance *(if any)* | Expiration Date *(if any)* | Permit Number *(if any)* |
|---|---|---|---|
| | | | |

## Section C - Must Be Completed Personally By Transferee (Buyer)

If the transfer of the firearm(s) takes place on a different day from the date that the transferee *(buyer)* signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). *(See Instructions for Question 24 and 25.)*

I certify that my answers to the questions in Section A of this form are still true, correct and complete.

| 24. Transferee's/Buyer's Signature | 25. Recertification Date |
|---|---|
| | |

**Transferor (Seller) Continue to Next Page**
**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9) Part I
Revised April 2012

**EXHIBIT D**

## Section D - Must Be Completed By Transferor (Seller)

| 26. Manufacturer and/or Importer (If the manufacturer and importer are different, the FFL should include both.) | 27. Model | 28. Serial Number | 29. Type (pistol, revolver, rifle, shotgun, receiver, frame, etc.) (See instructions for question 29) | 30. Caliber or Gauge |
|---|---|---|---|---|
| Glock | 20SF | SWE409 | Pistol | 10mm |
| | | | | |
| | | | | |
| | | | | |

| 30a. Total Number of Firearms (Please handwrite by printing e.g., one, two, three, etc. Do not use numerals.) ONE | 30b. Is any part of this transaction a Pawn Redemption? ☐ Yes ☐ No |
|---|---|

30c. For Use by FFL (See Instructions for Question 30c.)

### Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days

| 31. Trade/corporate name and address of transferor (seller) (Hand stamp may be used.) B & B LOANS 101-105 Stratton St Logan WV 25601 | 32. Federal Firearms License Number (Must contain at least first three and last five digits of FFL Number X-XX-XXXXX.) (Hand stamp may be used.) 455-07881 |
|---|---|

### The Person Transferring The Firearm(s) Must Complete Questions 33-36. For Denied/Cancelled Transactions, The Person Who Completed Section B Must Complete Questions 33-35.

I certify that my answers in Sections B and D are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. On the basis of: (1) the statements in Section A (and Section C if the transfer does not occur on the day Section A was completed); (2) my verification of the identification noted in question 20a (and my reverification at the time of transfer *if the transfer does not occur on the day Section A was completed*); and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

| 33. Transferor's/Seller's Name (Please print) Daniel Adkins | 34. Transferor's/Seller's Signature | 35. Transferor's/Seller's Title Clerk | 36. Date Transferred 12-31-12 |
|---|---|---|---|

### NOTICES, INSTRUCTIONS AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. § 923 may determine if he or she may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the buyer of certain restrictions on the receipt and possession of firearms. This form should only be used for sales or transfers where the seller is licensed under 18 U.S.C. § 923. The seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the seller must be familiar with the provisions of 18 U.S.C. §§ 921-931 and the regulations in 27 CFR Part 478. In determining the lawfulness of the sale or delivery of a long gun (*rifle or shotgun*) to a resident of another State, the seller is presumed to know the applicable State laws and published ordinances in both the seller's State and the buyer's State.

After the seller has completed the firearms transaction, he or she must make the completed, original ATF Form 4473 (*which includes the Notices, General Instructions, and Definitions*), and any supporting documents, part of his or her permanent records. Such Forms 4473 must be retained for at least 20 years. Filing may be chronological (*by date*), alphabetical (*by name*), or numerical (*by transaction serial number*), as long as all of the seller's completed Forms 4473 are filed in the same manner. FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not complete after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his or her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical (*by name*) or chronological (*by date of transferee's certification*) order.

If you or the buyer discover that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and you or the buyer wish to make a record of your discovery, then photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. You only should make changes to Sections B and D. The buyer should only make changes to Sections A and C. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of your permanent records.

**Over-the-Counter Transaction:** The sale or other disposition of a firearm by a seller to a buyer, at the seller's licensed premises. This includes the sale or other disposition of a rifle or shotgun to a nonresident buyer on such premises.

**State Laws and Published Ordinances:** The publication (ATF P 5300.5) of State firearms laws and local ordinances ATF distributes to licensees.

**Exportation of Firearms:** The State or Commerce Departments may require you to obtain a license prior to export.

#### Section A

**Question 1. Transferee's Full Name:** The buyer must personally complete Section A of this form and certify (*sign*) that the answers are true, correct, and complete. However, if the buyer is unable to read and/or write, the answers (*other than the signature*) may be completed by another person, excluding the seller. Two persons (*other than the seller*) must then sign as witnesses to the buyer's answers and signature.

When the buyer of a firearm is a corporation, company, association, partnership, or other such business entity, an officer authorized to act on behalf of the

ATF Form 4473 (5300.9) Part 1
Revised April 2012

EXHIBIT D

# LOGA COUNTY PROSECUTOR'S OFFICE

LOCATION: Logan Prosecutor's Office  DOB: ████  TIME: 10 03 AM/PM

420 Main St. Coil 100, Logan, WV 256██ SSN: ████  DATE: 1/7/13

NAME: Rhonda Kay Arthur  ADDRESS: 282 Lawson Lane, Lyburn, WV

25632 P.O. Bx 244 Lyburn WV 25632  TELEPHONE: 304-████

I give the following statement to C.G. Walls, Investigator for the Logan County Prosecutor's Office.

Terry is my brother-in-law, He's married to my sister and
has been for approximately 14 yes. On December 31st 2012
Terry told me he was losing the Gun, that they were
going to sell it. Terry Tomblin, Charles Reed (my
Father) and I went to B+D Loans in the afternoon.
I paid $120.00 for the Gun. We went back to Terry
House. Terry told me he would clean it and check it out.
I left the Gun with Terry and was suppose to pick it
up on the 1st of Jan. 2013. My sister, Betty L. Tomblin,
told me that Terry Had got caught with the Gun and
that I need to go to the Police station and get
it Back, I've been sick and haven't got to go get it.

R A

NOT

CA

RA  used

RA

I have read or had this statement read to me, it correct and accurate to the best of my knowledge.

TIME: 10 29 AM/PM  Signed: Rhonda Arthur

Page 1 of 1 pages  Witness: ████

Witness: Charles G Walls

**EXHIBIT E**

TRANSCRIPT
CALL 3z4s12fL (02/15/13)
Time: 1:44-7:06

TERRY:   I was going to tell you that, uh, that guy told that that would help me out a lot, if she could find that paperwork, that would prove that I didn't buy it.  He told that would help me out a lot [inaudible].

BETTY (to third party):  Terry said if you have the paperwork for that gun, they said it would help him out a lot if you took it and went down there and got that gun back with that paperwork.

THIRD-PARTY:   [inaudible]

BETTY:   She said they said she couldn't have it back.

TERRY:   Yeah, I signed the paper.  She can have it back.

BETTY: (to third party):  Terry said that he signed the paper, the paper, the people, he said he signed the paper and they said you could have it back.

THIRD-PARTY:   That man told me no.

TERRY:   I signed the paper . . .

BETTY (to third-party):  Yeah, but Terry's done talked to that man, he said he signed the paper for you to get that gun back.

THIRD-PARTY:   [inaudible]

BETTY:   Yeah.

**EXHIBIT F**

F

TERRY:    I signed it.

BETTY:    Huh?

TERRY:    I signed the paper Monday.  And I asked him what it meant and he said, he said, "this right here means, he said, this right here means that you totally, uh, will not seek -- me, me, now -- not her -- me, he said, I will not seek any option to get that gun back."  I said, "man, it ain't my gun to start with.  That's the reason it's in my sister-in-law's name." He said, "well good, then. . . "

BETTY (to third-party):  He said he signed the paper Monday saying that only you, not him, could get that gun.

THIRD-PARTY:   Where's it at?

BETTY:    Where's it at?

TERRY:    [inaudible]

BETTY:    Huh?

TERRY:    [inaudible] got it.

BETTY:    Y'all shut up, now, I can't hear.

TERRY:    The ATF guy is the guy that I talked to . . .

BETTY (to third-party):  The ATF guy is the guy he talked to.

TERRY:    . . . and he's the one who told me, he said, "tell your sister-in-law. . ." He's in Charleston.  Didn't he give you all a business card or nothing?

BETTY:    Uh, yeah, he gave me one.

TERRY:    Just call him and, uh, if you know the address up there, you can do it because they'll probably ask Rhonda some personal questions.  I don't know if you know her social security number and stuff, but, he told me, he said, "tell your

2

**EXHIBIT F**

sister-in-law to get ahold of me and I can give this gun back to her. . ."

BETTY:     [inaudible]  I dropped it in the ground.

TERRY:     That's what he said.

BETTY:     Huh?

TERRY:     He said, Dear God!

BETTY (to third-party):  That was mommy's fault, babe.  Okay.  Okay.  You want her to call him, and?

TERRY:     He said that they would send the gun back to her if she could prove she actually bought it and he said, "by the way, that'll help you out, too.  Show 'em that, you know, you actually didn't buy the gun."  I told them guys, "I didn't buy that gun."  I said, "she did." He said well, for her to find the receipt or some kind of transaction paper and . . .

BETTY (to third-party):  So, do you have a paper showing where you bought the gun, Rhonda? All she said she's got has got your name on it [inaudible].

TERRY:     My name shouldn't be on it.  She bought the daggone thing.

BETTY:     Your name shouldn't be on it?  It don't have her name on it, it's got your name on it.

TERRY:     Well, that's stupid.  B&B Loans, she bought the gun from down there and [inaudible].  I didn't buy the gun.  She did.

BETTY:     Terry, did she buy it from them?

TERRY:     Yeah, she bought it from B&B Loans, Betty, I didn't even, I wasn't even in the store when she bought the thing. Her and your daddy was in there.  I wasn't in there.  She bought the gun from down there.  I wasn't even in the store.  She bought

3

and paid for it and everything.  I don't know why - my name shouldn't be on nothing.

BETTY:     Well, she said [inaudible].

TERRY:     The only way my name would be on it. . .

BETTY:     Huh? That ain't gonna help you if she's got only a paper that's got your name on it, is it?

TERRY:     No, it ain't.

BETTY:     It's gonna hurt you more than it's gonna help you.

TERRY:     Well, it was supposed to be in her name, Betty.  I didn't sign no papers.  I didn't buy that gun.  She did.  I don't know why my name's on anything.  She must have the wrong receipt.  But, uh, [inaudible] got that ATF paper out, she as sure to goodness didn't fill out my name, did she? She wouldn't do that.  Cause it went through.

BETTY (to third-party):  When you filled the paper out, did you put Terry's name on it?

THIRD-PARTY:   No [inaudible].

BETTY:     They did it.

TERRY:     Well, that don't make sense.

BETTY:     They done it.

TERRY:     There ain't no way that shoulda went through then.

THIRD-PARTY IN BACKGROUND:     [inaudible]

TERRY:     Golly, I swear, that's the dumbest. . . Good God.  You know what I mean?  Everybody out there is freakin' idiots, man.

THIRD-PARTIES IN BACKGROUND:  [inaudible]

4

**EXHIBIT F**

BETTY:    I don't know, Terry.

TERRY:    Betty, I didn't go in the store.  My name shouldn't be
on nothing.

BETTY:    Well, I can't hear.  Daddy's talking.  Rhonda's
talking.  I can't hear.

**EXHIBIT F**

TERRY:    I don't know if it would do any good to call that
number that's on my [inaudible], cause that's, that's, that's
Darlene or her daughter.

BETTY:    Yeah.

TERRY:    I don't know if it would do any good to call that
number or not, and say, "hey, I need a copy of the, uh,
appointments," but then that's going to raise suspicions.
They're gonna start thinking, "why does he need this?"  See?

BETTY:    What are you going to do if daddy don't give it to me
and Marshall, neither one?

TERRY:    I guess we're screwed then.  Man, I should have one of
them cards laying around somewhere from the previous month.

BETTY:    Huh?  Hush, son!

TERRY:    Did you look up over the stove?

BETTY:    [inaudible] but I thought that surely they would've
gave you one, too.  That don't make sense. Shit.

TERRY:    Did they give one to you, too?

BETTY:    [inaudible] you know they're not going to give one to
you, too.  Why do they just give you one?  That don't make
sense.

TERRY:    I don't know.

**EXHIBIT G**

BETTY:    I swear I thought I seen something like that here but I don't know if I did.

TERRY:    Well, even if it's for, even if it's for another month, . . .

BETTY:    [inaudible]

TERRY:    . . .you could take White-Out, cover over the date, copy it, re-write the date, and re-copy it.

BETTY:    Do what?

TERRY:    Do what?

BETTY:    I ain't doing that.

TERRY:    Why not?

BETTY:    Because.  It's not right.

TERRY:    What?  My God, Betty, I swear.  You know what? [inaudible] [that you had the chance?] that you had to do one little thing that's just the slightly little bit dishonest to keep me from serving 20 years, you wouldn't do it, you'd let me serve 20 years.

BETTY:    No, I wouldn't.

TERRY:    Yeah, you would.  I'd never do you that way.

BETTY:    [inaudible] He don't do stuff like that.

TERRY:    How's it wrong?  How's it wrong, Betty?  How's it wrong?  How's it wrong?  You, you're . . .

BETTY:    [inaudible]

TERRY:    Okay.  You're just re-using the card, is the only thing you're doing.

**EXHIBIT G**

BETTY:     Well, if Marshall's got it and he wants to help you out, why doesn't he give it to me?

TERRY:     He ain't gonna help me out, Betty.

BETTY:     You'd think he'd let you copy it.  Yeah, I know, Terry, he don't care about nobody but hisself.

TERRY:     That's why I hope he gets arrested and I hope he does it for twenty years.  I really do.  And the first chance I get to screw him, I am gonna break it slap off in him and grin while I do it.

**EXHIBIT G**

TRANSCRIPT
CALL 289uh2qL (2/26/13)
Time: 1:37-2:15


TERRY:     Did you, uh, get her story straightened out?

BETTY:     Now, what?

TERRY:     I said, did you get her story straightened out?

BETTY:     No. I didn't go over there.

TERRY:     You didn't go over there?

BETTY:     Huh, no?  I didn't get out of, uh . . . me and mommy didn't get done until 5:00 o'clock, [illegible] 5:00, or a little bit after or something. So, uh, and then she wanted to go get something to eat, so we went over to dad's to get something to eat.

**EXHIBIT H**

TERRY:    I was reading that [inaudible] thing yesterday and, uh, when it come to that part about that gun that I pawned down at [inaudible] Brothers, it said they "received information." Somebody told.

BETTY:    Somebody told you, that you pawned it down there?

TERRY:    Yep.

BETTY:    Yeah. Well, I talked to Rhonda last night and she said, no, she did not tell them that stuff.

TERRY:    [inaudible]

BETTY:    I know she didn't.  I didn't tell them that stuff either.

TERRY:    Unless I got the words all screwed up, I'm telling you that's what it said.

BETTY:    Well, they did, because they only thing he asked me was, the guns that you had, was they ones you went out and bought and I said, "no, as far I know, they's ones, same ones he's had, that you've always had." And that's all I said.

TERRY:    Well, see that has to go before the judge.

BETTY:    They asked me something about, did I pawn a gun, and I said as far as I know, I only did one, I couldn't remember. And he said, "did he ever carry them out?" and I said, "no."

**EXHIBIT I**

TERRY:    I told them [inaudible].  You know, I told 'em straight up that if there was something onto that, you did it, that I didn't touch 'em.  And they said, well, it's legal for you to do it, you know, you could pawn all you want to, and go pick up, and, that uh -

BETTY:    Yeah.  They didn't ask me why I pawned a gun, or anything like that. They didn't ask me that.

TERRY:    Well, they, it -- I'm telling you what, though, they got, somebody took their statement wrong there or something, because I'm telling you, that looks um, awfully bad on me.  She's got to the 20th, that lawyer's got to the 20th to correct, you know, that stuff, that thing . . .

BETTY:    Yeah.

TERRY:    And she come yesterday and let me read it and I told her, I said, "well, this is not, this ain't right."

BETTY:    You know she ain't come to me or talked to me or nothing, she ain't called.

TERRY:    Well, you need to call her, because I'm telling you what, it looks awful bad on me when I read that, I thought, "man." Cause, I knew you all didn't do that, Betty.

BETTY:    I didn't say that and Rhonda didn't either.

TERRY:    It had to be the other guy.

BETTY:    What Rhonda said was, she said that she told them that she got the gun.  She bought the gun.

TERRY:    They had it down that she bought it, she said she bought it for me and I said, "no, no,. . ."

BETTY:    She did not.

TERRY:    . . . no, no no, no." I said, "I wasn't even in the store, buddy, when that happened."

2

**EXHIBIT I**

BETTY:     That's what that man said that on the phone, said he,
said he's on that thing where he bought guns.  And I said, "no."
I said, "No.  He didn't buy no guns." That other lawyer that you
have down here in town. I said, "no, he pawned guns." And he's
like, "oh."

TERRY:     See, whoever took that statement, man, they've got it
all screwed up.  They're trying to hang me. If that judge reads
that the way it is, he's going to think, "Man! You know."

**EXHIBIT I**

TERRY:    Do you remember what I said now, if they get ahold of you and ask you?

BETTY:    Yeah, Terry, I heard all that, I heard it.

TERRY:    Well, Betty, God forbid that you stretch the truth a little bit.  I'll just stay in here for six or seven years, okay, I mean that's no problem.

BETTY:    You know, I told you I don't remember things . . . got amnesia, I wonder . . .

TERRY:    Yeah, I know, that don't . . .

BETTY:    Amnesia.

TERRY:     . . . that don't float with my balls in a vice, that don't help a thing.  You've had amnesia for 20 years.

BETTY:    How can you tell somebody somethin' when you don't remember things?

TERRY:    Well, they're going to get in contact with you about that pistol.

BETTY:    Do what?

TERRY:    They are going to contact you about that pistol.

BETTY:    What?

TERRY:    uuuhhhhhggg!

BETTY:    (laughing)

TERRY:    Take that phone and put in on the floor and stomp it.

**EXHIBIT J**

BETTY:     (laughing)

TERRY:     Freakin' deaf, man.

**EXHIBIT J**

## SUMMARY OF EVENTS:

Interview of Rhonda Kay Arthur

## NARRATIVE:

1. On Tuesday, March 20, 2013 at approximately 1050 hours Special Agent G. Robert Cunningham traveled to the residence of Rhonda Kay ARTHUR, A WHITE, FEMALE, Date of Birth: ███████, Social Security Number: ███ ███████, of ████████████████ in Lyburn, West Virginia, phone (304) ███ ████. Upon arrival S/A Cunningham presented ARTHUR with S/A Cunningham's ATF issued credentials and permitted ARTHUR to visually examine the identification. Once ARTHUR was satisfied with S/A Cunningham's true identity ARTHUR stepped out of the residence and onto the front porch area of the residence. Upon commencing with the interview S/A Cunningham noticed that ARTHUR appeared to be cold. S/A Cunningham asked ARTHUR if she would feel more comfortable continuing this conversation in S/A Cunningham's ATF issued Vehicle. ARTHUR related that she would need to get her shoes and that she would like to continue this conversation someplace warmer.

2. Once ARTHUR secured her shoes, ARTHUR met S/A Cunningham at the ATF issued vehicle in question, which was parked next to ARTHUR'S residence. Initially, S/A Cunningham asked ARTHUR if she had any idea why an ATF Agent would be interested in speaking with her. ARTHUR replied that the only reason she could think of was "that gun I bought." S/A Cunningham confirmed ARTHUR'S initial thought. At this time S/A Cunningham asked ARTHUR to explain the circumstances surrounding the firearm purchase. ARTHUR related that she was in town shopping and her brother-in law, Terry Ray TOMBLIN asked her to meet him at B&B LOANS in Logan, West Virginia. ARTHUR explained that when she arrived at B&B LOANS she met with TOMBLIN. ARTHUR submitted that while in the store TOMBLIN gave her the money for the gun. ARTHUR was unsure of the exact amount of money, but ARTHUR knows TOMBLIN gave her in excess of four hundred ($400) dollars.

3. S/A Cunningham asked ARTHUR if she shopped around the store for a gun before she purchased the Glock 10mm pistol, serial number SWE409. ARTHUR explained that all she did was walk into the store, stand in front of the counter, sign the form, pay and walk out of the store with the gun.

ARTHUR explained that the man working the counter at the store filled out the form and all that ARTHUR did was sign her name to the form. ARTHUR related that she did not read the document before she signed her name. ARTHUR added that she did not even talk to the clerk during the entire transaction.

4. ARTHUR advised that once she signed the form, she gave the clerk the money that TOMBLIN provided her. In turn, the clerk handed ARTHUR the firearm. ARTHUR related that she carried the firearm out of the store.

5. ARTHUR related that TOMBLIN instructed ARTHUR to bring the firearm in question to TOMBLIN'S residence later the same day in which ARTHUR purchased the firearm.

6. ARTHUR stated that she did as TOMBLIN directed and took the handgun to TOMBLIN'S residence. ARTHUR advised that her father, Charles Ray REED accompanied her to TOMBLIN'S residence.

7. Upon arrival at TOMBLIN'S residence, ARTHUR stated that TOMBLIN took possession of the gun and examined it. Ultimately, ARTHUR related that TOMBLIN told her that TOMBLIN intended to either sell the firearm or that TOMBLIN planned on giving the firearm in question to one of his family members. ARTHUR related that TOMBLILN mentioned that he may give the firearm to TOMBLIN'S father.

8. ARTHUR related that this one occasion is the only time she has ever purchased a firearm on behalf of TOMBLIN. ARTHUR advised that she does not believe Reed has ever purchased firearms for TOMBLIN.

9. At the conclusion of this interview, S/A Cunningham asked ARTHUR to clarify if she purchased the firearm from B&B LOANS and gave it to TOMBLIN or if the firearm in question was purchased on behalf of TOMBLIN. ARTHUR stated, "The gun was his" [TOMBLIN]. ARTHUR explained that she did not have any involvement in the transaction in question except for signing the form.

10. ARTHUR advised that the day after she purchased the firearm on behalf of TOMBLIN, she felt uneasy about the entire transaction. As a result, ARTHUR stated that she attempted to contact TOMBLIN and get him to get rid of the firearm. ARTHUR related that when she attempted to contact

**EXHIBIT K**

TOMBLIN she learned that TOMBLIN had already been arrested while in possession of the firearm in question.

11. ARTHUR related to S/A Cunningham that she has a gamut of health conditions, to including a lung infection, fibromyalgia and "a cold in my lungs". As a result, if S/A Cunningham would need to speak with ARTHUR again, she should be at home.

**EXHIBIT K**

**Loew, Steven (USAWVS)**

**From:** Loew, Steven (USAWVS) <SLoew@usa.doj.gov>
**Sent:** Thursday, March 21, 2013 11:57 AM
**To:** Deirdre Purdy (deirdre.purdy@gmail.com)
**Subject:** Terry Tomblin
**Attachments:** Rhonda Arthur interview.docx; Tomblin firearms spreadsheet.xlsx

Deirdre,

Attached is an interview of Rhonda Arthur. She is Mr. Tomblin's sister-in-law. She does not support Mr. Tomblin's story about how and why he came into possession of the Glock. Also attached is a list of firearms we have traced to Mr. Tomblin. It appears that he has not been truthful with us or with the USPO. Please call me to discuss.

Thanks,
Steve

**EXHIBIT L**

TERRY:    Honey, Rhonda's trying to absolutely hang me.

BETTY:    Why?

TERRY:    That statement she give is absolutely . . .

BETTY:    Well, let me tell you what they said to her, Terry.
They told her that you told them everything.

TERRY:    I did not.  See, they lied to her.

BETTY:    It's true.

TERRY:    Man, don't you know that they use reverse psychology?

BETTY:    She don't know that.

TERRY:    Well, your daddy knows that, he shoulda told Rhonda
that.

BETTY:    Well.  Why, what happened?

TERRY:    My lawyer come to see me.  They gotta . . . they're
trying every way in the world to wiggle outta this deal that
they made with me. Rhonda's . . .

BETTY:    Well . . .

TERRY:    Man, Rhonda's statement's got me hurt.  And it's got
me hurt bad.

**EXHIBIT M**

BETTY:     What does she say?

TERRY:     Oh, she told them that I, it was all my idea, and I went and got her and, uh, everything else.

BETTY:     Well, momma did [inaudible].  Momma said, she did say that Rhonda, that Terry, that you gave her the money to get it out, to get it.

TERRY:     Betty, she don't need to be tellin that kinda stuff.

BETTY:     Well, Terry, you shouldn't have had her to do that, anyway.

TERRY:     It don't matter.

BETTY:     Well, she didn't need that . . .

TERRY:     People need to think.  People need to think.  People need to think before they open their mouth.  Cause I [inaudible] talk to 'em.

BETTY:     [inaudible] It doesn't matter, they know all about it.

TERRY:     No, they don't, neither.  They're fishin.

BETTY:     They know that it was your gun.  Did they not?

TERRY:     Betty.  They can't prove nothin.  My name ain't on nothin.

BETTY:     It was when it was put down there, wasn't it?

TERRY:     Yep, but it was way past, it was way past time on pawn and they should've pulled the gun.  That puts it out of my name.

BETTY:     Well, they didn't.  They didn't.

TERRY:     [inaudible]

2

**EXHIBIT M**

BETTY:    They didn't, because they wasn't supposed to keep it out because it was sold.

TERRY:    Whoever picks the gun up is the registered buyer of the gun.  That's how it works.  I told them just now that I wasn't even in that store down there.  I wasn't even around.  Your daddy said he told them the same thing.  We found out the two mystery signatures.

BETTY:    Who?  Signatures for who?

TERRY:    [inaudible]

BETTY:    With my name?

TERRY:    Yeah.

BETTY:    Who?

TERRY:    Marshall's.

BETTY:    He signed my name?

TERRY:    The only thing I can figure out, Betty, is he must've pawned a shotgun down there in my name or somethin' other, or your name or somethin' other, because . . .

BETTY:    Yeah. . .

TERRY:    [inaudible] there's a couple guns on that list, there's a couple guns on that list, that I ain't never heard of, I ain't never had.  I never seen.

BETTY:    And he signed my name?

TERRY:    I don't know for sure if he did or not. I told that lawyer, I said, "Hey, I never had this gun here, I never had this gun here."  There's two of 'em showed up that I never, you know what I mean?  Cause he had a [inaudible] shotgun, you know, a single-shot shotgun, that's what he deer hunts with.  It showed up on that list.  I said, "No, huh-uh."  I said, "I had a

3

**EXHIBIT M**

pop shotgun, I never had a single shot." And then another single shotgun showed up and I said, "No, huh-uh. I didn't never have this one, neither."

BETTY:   I've got the list, Terry, of the guns that you had here that they, when they sent that paper, it shows what you had.

TERRY:   Yeah. I told them and the dates on 'em shows that I got rid of them when I was supposed to got rid of them in my name. And then after that's it all your name. I'm not on none of it. I didn't touch any of 'em. That's what I tried to tell these idiots. I said, "why couldn't you figure it out?"

BETTY:   That's what I told her. I said, I told her, I said, "Yeah, I probably did." I said I did.

TERRY:   Well, Betty, honey, if you tell them you pawned a gun, whatever you do, don't tell them it was [inaudible] . . .

BETTY:   I just told them I did. I said, but you didn't take 'em down there, you didn't, I didn't give 'em . . .

TERRY:   That's what you tell 'em . . .

BETTY:   I mean, I told the lady, I said they were more down there than they were here.

TERRY:   That's what you tell 'em. You just tell them that they, they, they weren't never at the house after I got convicted. 'Cause you 'member? I took them to dad's, they were, they were, they were at Pete's, they were everywhere. Peanut Butter had some of 'em, I mean. They weren't at the house. I can't figure out how they're trying to do all this stuff to me. And nothin' registers in my name. I just can't figure that out. Doesn't make sense. Cause she said, they ain't gonna, they can't use a lot of your, uh, statements.

BETTY:   What?

EXHIBIT M

TERRY:     They think that that, well a couple, they said you're my wife, you're gonna be kinda swayed toward . . .. I said, no, you're gonna tell the truth, I said, but, I need you to go up there and try to talk to talk some sense into your sister.  I hate to ask anybody to lie for me, Betty, but, honey, I don't want to be gone as long as they're gonna try to put me away.

BETTY:     Well, there ain't no sense in her lyin' about nothing. The truth just needs to be the truth.  They already know everything, anything, anyway.

TERRY:     Betty, no, they do not know nothin.  God! They know [inaudible] about that pistol, they're trying every way in the world to get an angle to prove that, uh, to try to say that I had something to do with it.  They can't prove it.  The only thing they got is her statement.

BETTY:     Well.  They was supposed to talk to daddy again, but I don't know if they ever did or not.

TERRY:     [inaudible] she was gonna call your daddy.

BETTY:     She gonna call daddy?

TERRY:     He's gettin' ready to go to the doctor. I done called up there.

BETTY:     Oh.

TERRY:     Betty, honey, if you enjoy life being hard as it is right now, you [inaudible] have got to help me.  Nobody else is going to do anything.  [inaudible]

BETTY:     Terry, honey, what the heck am I going to do?  I can't do anything.

TERRY:     You need to try to explain to Rhonda what's at stake here.  They don't know nothin.  You need to explain to her what they try to do.  They try to use reverse psychology on people to try to turn evidence against each other, everything.  If they knew everything, they wouldn't be still fishin, now would they?

5

**EXHIBIT M**

BETTY:    [inaudible] somebody told her that you told 'em everything, told 'em everything.

TERRY:    No, I did not.  No, I did not, either.  Huh-uh.  See, they lied to her right there.  [inaudible]

BETTY:    I guess . . . I guess that they meant that you told them everything about, yeah, they were the guns and that they were pawned.

TERRY:    Yeah, I did.  But see, [inaudible]

BETTY:    [inaudible]

TERRY:    They use stuff like this, though, to get you to put your foot in your mouth and that's exactly what she did.  She hung me.  That statement hurt me bad.  That new statement the defender throwed up there in front of me is more than [inaudible].  Man!  I said, "huh-uh."

BETTY:    [inaudible] and you don't look like no type that would want no gun. You don't even look like you're a mean type of person who would want to have a gun or even want to use a gun.

TERRY:    They've never, they've never seen her mad, have they?

BETTY:    That's what Tammy said.

TERRY:    Her being sick like this, might actually help me.

BETTY:    She was sick when they come up there and talked to her.  She's worried to death about this stuff.

TERRY:    Betty, she's not going to jail.  I done told her that. I'm the one that's in here.  I'm the one that's gonna pay for it.

BETTY:    I know.  They already know everything.  Why are they keep pushing it, saying all this stuff?  You're already in there.

6

**EXHIBIT M**

TERRY:     Because they don't know everything.  That's what I'm
trying to tell you.  They don't know everything.  They think
that they're gonna try to get somebody to hang me, that's what
they're gonna try to do.  Rhonda's statement is about the only
thing they've got that's bad on me.

BETTY:     I think it's crazy because, I mean, Lord-a-mercy, it's
almost like they think you went out here and killed somebody or
something, or you shot somebody.  You didn't shoot nobody.

TERRY:     I know Betty.

BETTY:     I mean, it'd be different if you did.

TERRY:     No, I'd a done got off on home confinement if I'd
killed somebody.

**EXHIBIT M**

| Title of Investigation: Terry Ray Tomblin | Investigation Number: 775020-13-0017 | Report Number: 17 |
|---|---|---|

## SUMMARY OF EVENTS:

Interview of Pete Ray Conley

## NARRATIVE:

1. On Tuesday, April 02, 2013 at approximately 1205 hours Special Agent G. Robert Cunningham traveled to the residence of Pete Ray CONLEY, a white, male, Date of Birth: ▮▮▮▮▮▮ Social Security Number: ▮▮▮▮▮▮, of 43 ½, Apartment: A, Pine Street in Logan, West Virginia, phone: 304-688-2279 (Girlfriend: Britney LNU).

2. Upon arrival S/A Cunningham was greeted by CONLEY. Initially, S/A Cunningham identified himself as a Special Agent with ATF and presented CONLEY with S/A Cunningham's ATF issued identification for his visual inspection. Once CONLEY was satisfied with S/A Cunningham's identity as a Special Agent with ATF, CONLEY confirmed that he was willing to submit to an interview with S/A Cunningham.

3. Upon initiating the questioning, S/A Cunningham asked if CONLEY had any idea why a Special Agent from the ATF would be interested in speaking to CONLEY. Upon being broached with this question CONLEY shook his head in a negative connotation and stated to S/A Cunningham that he believed the questioning will entail CONLEY'S dealings with Terry TOMBLIN. S/A Cunningham confirmed CONLEY'S suspicion and proceeded with questioning surrounding CONLEY'S association with TOMBLIN.

4. CONLEY advised that he has known TOMBLIN in excess of sixteen (16) years. CONLEY continued and explained that he became acquainted with TOMBLIN when he and TOMBLIN were members of the Verdunville West Virginia Volunteer Fire Department. CONLEY continued and informed S/A Cunningham that he looked up to TOMBLIN as a firefighter

| Prepared by: Guy R. Cunningham | Title: Special Agent, Charleston Field Office | Signature: | Date: 4-3-13 |
|---|---|---|---|
| Authorized by: Todd A. Willard | Title: *Acting* Resident Agent in Charge, Charleston Field Office | Signature: | Date: 4/3/2013 |
| Second level reviewer (optional): Stuart L. Lowrey | Title: Special Agent in Charge, Louisville Field Division | Signature: | Date: |

**EXHIBIT N**

because TOMBLIN was a very good fireman.

5. At this point S/A Cunningham presented CONLEY with a series of completed ATF Form 4473's. Each of the presented ATF Form 4473's listed CONLEY as the firearm transferee. The first two ATF Form 4473's S/A Cunningham confronted CONLEY with was ATF Form 4473, Transaction Numbers: **20536** and **20427**. Both of these transactions were for a Remington, model 870, Serial Number: C769256A. CONLEY related that these two (2) transactions were CONLEY'S personal firearm purchases. CONLEY explained that he originally purchased the firearm in question from BIG EAGLE GUN & PAWN III. CONLEY continued and explained that at one point he pawned the firearm in question back to BIG EAGLE GUN & PAWN III. CONLEY advised that he let the pawn expire on the Remington model 870 shotgun in question. CONLEY continued and explained that when he had enough money he returned to BIG EAGLE GUN & PAWN III and purchased the same Remington 870 shotgun. CONLEY advised that he still owns the shotgun in question, but he has it secured at a friend's residence, inside a gun safe.

6. At this point, CONLEY informed S/A Cunningham that he has never purchased a handgun for himself. CONLEY continued and stated that the only firearms he has ever purchased for himself were long guns.

7. S/A Cunningham inquired of CONLEY concerning the number of occasions CONLEY performed "straw" firearms purchases on behalf of Terry TOMBLIN. CONLEY advised that he was unsure of the exact number of times he made "straw" purchases for TOMBLIN. CONLEY explained that each occasion CONLEY purchased firearms on behalf of TOMBLIN the "straw" purchase transactions took place at BIG EAGLE GUN & PAWN III. CONLEY continued and explained that each time he made a "straw" purchase for TOMBLIN the arrangements to meet TOMBLIN in order to consummate the transaction were made ahead of time. CONLEY continued and explained that his role in each of the firearm(s) transactions were to fill out the ATF Form 4473 and sign the form. CONLEY related that each time he purchased a firearm in his name for TOMBLIN he received a fifty ($50.00) dollar payment from TOMBLIN. CONLEY related that the payment was compensation from TOMBLIN for CONLEY completing the ATF Form 4473.

8. CONLEY explained that on the occasions he completed "straw" firearm purchases for TOMBLIN the two simply met at the prearranged time at BIG EAGLE GUN & PAWN III. Each of the "straw" firearm transactions CONLEY made for TOMBLIN were conducted at BIG EAGLE GUN & PAWN III. CONLEY identified the sales clerk for each of the "straw" firearm purchases as either Bob BLANKENSHIP or Jimmy Marcum. CONLEY continued and explained that the service he provided in order to receive the fifty ($50.00) dollar payments from TOMBLIN was simply completing the ATF Form 4473, signing the document and then waiting around to ensure the check came back alright. Once these tasks were complete,

ATF EF 3120.2 (10-2004)
For Official Use Only

**EXHIBIT N**

CONLEY related that he departed the pawn shop. CONLEY stated that each time he completed a "straw" purchase on behalf of TOMBLIN he never even saw the firearm(s) in question. CONLEY explained that typically, while he was in the midst of completing the ATF Form 4473's associated with the "straw" purchases in question; Jimmy Marcum would call in CONLEY'S information before the ATF Form 4473 was even completed. CONLEY added that Kimberly Marcum was present during some of the "straw" purchases he made on behalf of TOMBLIN, but Kimberly Marcum was not involved in any of the firearms transactions in question.

9. At this point S/A Cunningham and CONLEY reviewed the following ATF Form 4473 Transaction Numbers: **20367, 20627** and **20676**. CONLEY confirmed that each of the three (3) aforementioned ATF Form 4473's were for "straw" firearm purchases CONLEY made on behalf of Terry TOMBLIN. CONLEY confirmed that it is his signature on each of the three (3) ATF Form 4473's in question, in box #16, buyer's signature.

10. CONLEY related that he filled out the majority of each of the three (3) ATF Form 4473's in question. CONLEY related that on Transaction Number: 20627 he completed each section the firearm purchaser is required to complete, starting with the address section, box #2. CONLEY stated that he did not fill out name/transferee section, box #1. CONLEY related that he does not know who filled in the name information in box #1 on Transaction Number: 20627. CONLEY agreed with S/A Cunningham that it appears that whoever filled in box #1 initially started to write TOMBLIN, but then wrote CONLEY over the initial writing.

11. CONLEY related that he is currently planning on moving from his current residence. CONLEY advised that he is currently unemployed and that he was going to move back in with his mother, Sheila Conley of 42 Blacksmith Drive in Verdunville, West Virginia.

12. CONLEY identified his vehicle as a red colored Chevrolet Cobalt, West Virginia Registration: 4NC753. A subsequent query of the West Virginia vehicle registration database revealed that the above vehicle is a 2009 Chevrolet coupe, registered to Alana L or Dwayne Baisden of PO Box 325 Harts, West Virginia.

Attachments:     ATF Form 4473's

ATF EF 3120.2 (10-2004)
For Official Use Only

**EXHIBIT N**

Phone: (304) 792-8590



Fax: (304) 792-8596

Sheriff
**Sonya M. Dingess Porter**
Logan County Sheriff's Department
300 Stratton Street - Room 209
Logan, WV 25601

March 14, 2013

ATF Agent G. Cunningham
ATF
300 Summers Street
Suite 1400
Charleston, WV 25301

Dear Agent Cunningham:

Please be advised that from the time of my employment in January of 2006, I was employed to manage both the Logan County Sheriff's Department Legal Processing Division and the Concealed Weapons Records Division. During this time I have never notified any applicant of the expiration or the need to renew their Concealed Weapons Permit. It has always been the responsibility of each applicant to renew their permit if they so desire.

Our department does not require me to notify an applicant by mail or by phone that their permit needs to be renewed or that is has expired. The only time a letter is generated and sent to an applicant is when a law enforcement supervisor has reviewed their application and found reasons to either revoke, suspend or deny their application.

If you may need any additional information please let me know.

Sincerely,

*Dmawalk*

Dara Walls
Deputy Clerk

cc: File copy

**EXHIBIT O**

Phone: (304) 792-8590



Fax: (304) 792-8596

Sheriff
**Sonya M. Dingess Porter**
Logan County Sheriff's Department
300 Stratton Street - Room 209
Logan, WV 25601

November 21, 2012

Terry Ray Tomblin
PO Box 633
Mount Gay WV 25637

Dear Mr. Tomblin

Please be advised that your Concealed Weapons Permit issued on June 1, 2010 is revoked. The reason for this revocation is based on the information that has recently come to my attention. The following information was used in making this determination:

1. On March 22, 2011 you were found guilty of Possession of Hydrocodone by Misrepresentation, Fraud, Forgery Deception and Subterfuge.

You can mail your concealed weapons permit along with your wallet card by certified mail or bring it in person to:

Sheriff W. E. Hunter
Logan County Sheriffs Dept.
300 Stratton St.Room 209
Logan WV 25601

Pursuant to West Virginia State Code 61-7-4 and Federal statute under Title 18, you are not eligible to possess a Concealed Weapons Permit a firearm or ammunition.

Sincerely,

*Lt. D.E. Brownfder*

Lt. D.E. Brown

Logan County Sheriffs Dept.

Cc: file, WVSP Criminal Records Bureau

**EXHIBIT O**

WVSP 44A
revised 9/2003

688 9734

# STATE OF WEST VIRGINIA
# APPLICATION FOR CONCEALED PISTOL/REVOLVER LICENSE
(This application must be completed in ink or by typewriter)

To the Sheriff of __Logan__ County, I, the below named applicant, swear/affirm, under penalty of law, that the information contained within this application is true and correct to the best of my knowledge.

DATE OF SUBMISSION: __4__ / __30__ / __10__   APPLICATION TYPE ☐ Initial  ☑ Renewal  ☐ Honorably Discharged Law Enforcement Officer

A. APPLICANT'S NAME: __Tomblin__ _____ __Terry__ _____ __Ray__
                   Last                 First               Middle

B. ADDRESS: __Co Rt 5 Mud Fork Rd__ _____ __Mt Gay__ _____ __WV__ __25637__
             Street                  City         State     Zip Code

C. D.O.B. ▬▬▬  S.S. # ▬▬▬  HT: __5__ Ft. __11__ In. WT: __225__  RACE: __W__  SEX: M ☑ F ☐  EYES: __Gr__  HAIR: __Bl__

D. SCARS, MARKS, AND/OR TATTOOS (Description and location): _____

E. I am a bona fide resident of __Logan__ County, West Virginia and present the following original, valid West Virginia issued photo identification in support of this assertion (Photocopy of photo I.D. must be attached to application):

☑ WV Driver's License # __E454543__   ☐ WV Non-Driver's I.D. # _____   ☐ Other (Describe) _____

F. Answer each of the following questions by checking either YES or NO:

| | YES | NO |
|---|---|---|
| 1. Are you under 21 years of age? | | ✓ |
| 2. Are you addicted to alcohol, a controlled substance or a drug or are you an unlawful user thereof? | | ✓ |
| 3. Have you been convicted of a felony? | | ✓ |
| 4. Have you been convicted of an act of violence involving a deadly weapon or an act of Domestic Violence? | | ✓ |
| 5. Are you under indictment or do you have any criminal charges pending against you? | | ✓ |
| 6. Are you currently serving a sentence of confinement, parole, probation or other court ordered supervision due to a charge of domestic violence as provided for in 61-2-28 of the Code of West Virginia? | | ✓ |
| 7. Are you the subject of a restraining order as a result of a domestic violence act as defined in 61-2-28 of the Code of West Virginia or subject to a verified petition of domestic violence or subject to a protective order as provided for in 48-2a of the Code of West Virginia? | | ✓ |
| 8. Have you ever been adjudicated to be mentally incompetent? | | ✓ |
| 9. Are you physically and mentally competent to carry a pistol/revolver? | ✓ | |
| 10. If you are applying for a license to carry a concealed handgun, have you qualified under the minimum requirements for the handling and firing of a handgun as set forth in 61-7-4 of the Code of West Virginia? If YES, attach a copy of the certificate of completion to this application. The Sheriff will determine applicability of this section to Retired Law Enforcement Officers and Renewal Applicants. | ✓ | |

NOTE: If any or all of questions 1-8 listed above are answered YES, then a brief letter of explanation by the applicant must accompany this form.

G. I hereby authorize the Sheriff of __Logan__ County, to conduct an investigation into information contained in this application.

H. Furthermore, I understand that the falsification of any information contained within this application constitutes false swearing and is a misdemeanor punishable under the provisions of 61-5-2 of the Code of West Virginia, as amended.

Signature of Applicant X __Terry R. Tomblin__      Date __04__ / __30__ / __2010__

---

Subscribed and sworn before me in said County and State, this the __30__ day of __April__, __2010__

__Dara Walls__

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
DARA WALLS
LOGAN COUNTY SHERIFF'S DEPARTMENT
LOGAN COUNTY COURTHOUSE, ROOM 209
LOGAN, WV 25601
My commission expires March 8, 2016

NOTARY PUBLIC USE ONLY

DATE APPLICATION RECEIVED: __4__ / __30__ / __10__

RECEIVED BY: __DWall__

SHERIFF'S DEPARTMENT USE ONLY

---

THIS BLOCK TO BE COMPLETED ONLY UPON APPROVAL OF APPLICATION BY SHERIFF

III Check ☑ YES  ☐ NO

West Virginia Criminal Record Check ☑ YES ☐ NO

State Identification Number (SID) __270900__

I, __W E Hunter__, Sheriff

of __Logan__ County, West Virginia certify this document to be a true and accurate copy of the APPROVED APPLICATION for a Concealed Pistol/Revolver Permit for the person identified herein and have issued a permit as required by law.

__W. E. Hunter__
Signature

__6__ / __1__ / __10__    __6__ / __1__ / __2015__
Approval Date        Expiration Date

**EXHIBIT O**