# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

United States of America

v.

Terry Tomblin

**EXHIBIT AND WITNESS LIST**

Case Number: 2:13-cr-00032

| PRESIDING JUDGE  Honorable Thomas E. Johnston | PLAINTIFF'S ATTORNEY  Steve Loew | DEFENDANT'S ATTORNEY  Deirdre Purdy |
|---|---|---|
| TRIAL DATE (S)  5/13/2013 | COURT REPORTER  Ayme Cochran | COURTROOM DEPUTY  Larry Ash |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* OR NAME OF WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 5/13/13 | X | X | Letter on behalf of Defendant. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

**Verdunville Church of God**
**331 George Kostas Drive**
**#329**
**Logan, WV 25601**

**May 12, 2013**

To whom it may concern:

This letter is in reference to Terry Tomblin. I have known Terry for the betterment of 22 yrs. I have served as His and his Family Pastor for 23 yrs.

Any consideration in Terry's sentencing that could be offered would be a great asset to his family. In a recent visit with Terry while confined he acknowledged the loss of not seeing his children, wife and family. As you may be aware Terry's father has battled deaths door numerous times, asking where is my baby boy, why has he not been to see me. He in one aspect knows about his son's confinement.

Sometimes I have observed individuals who do not realize the mercy that was extended to them in initial situations. I believe that to be the case in Terry. Should you once again find it in within the Law of the USA and Gods law and your heart to give him one more chance to serve his God, family and society, I don't believe you will see Terry in a court of law again on his behalf.

I would be at the sentencing but months ago I committed to an 8 day Crusade in Sao Paulo, Brazil and I will be in that Crusade during his sentencing.

Respectfully Yours,

*Bishop Michael C. Hartwell*

Bishop Michael c. Hartwell, Lead Pastor
Verdunville Church of God
Email: vcog@me.com
Phone: 304 687 2898

" Reaching Locally….. Connecting Globally"



DEFENDANT'S EXHIBIT
USA v. Tomblin
CASE NO. 2:13-cr-32
EXHIBIT NO. 1